UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

SHAREN DILLARD,

    Plaintiff,                                      Case No. 18-11708
                                                  Honorable Victoria A. Roberts

v.

MICHIGAN ASSIGNED CLAIMS PLAN,
a Michigan governmental unit,
and ALLSTATE INSURANCE
COMPANY, a foreign corporation,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff Sharen Dillard ("Dillard") filed an action in Genesee County Circuit Court against the Michigan Assigned Claims Plan ("MACP") and Allstate Insurance Company ("Allstate"), alleging breach of contract, and a violation of the Michigan "No Fault Law."

Allstate timely filed a Notice Of Removal, claiming this Court has diversity jurisdiction over the matter pursuant to 28 U.S.C. § 1332. Allstate failed to allege complete diversity, and the Court ordered Allstate to show cause as to why it should not remand the case for lack of subject matter jurisdiction. The Court ordered Allstate to respond in writing by June 22, 2018. [Doc. #3].

On June 20, 2018, Allstate filed a notice withdrawing its notice of removal, without prejudice. [Doc. #4]. Accordingly, this case is dismissed without prejudice.

    **IT IS ORDERED**.

                                                     S/ Victoria A. Roberts
                                                     Victoria A. Roberts
                                                     United States District Judge

Dated: June 22, 2018